175 So. 566

## WILLIAMS v. STATE.

### 8 Div. 466.

Court of Appeals of Alabama.

May 25, 1937.

Rehearing Denied June 29, 1937.

SAMFORD, Judge.

The only question raised by this record is the sufficiency of the State's evidence to sustain the judgment of guilt.

We have read the record, and giving to the judgment of the court that presumption, to which it is entitled, we hold that the record is free from error, and the judgment is sustained by the evidence.

Let the judgment be affirmed.

Affirmed.